**NPAS, Inc.**
P.O. BOX 99400
LOUISVILLE, KY 40269


400562-828321121-FB



Services Provided by:




| Patient Name: | Hubert Wade |
|---|---|
| Account Number: | 72495279 |
| Service Date(s): | 04/23/2018 - 04/25/2018 |
| Statement Date: | 12/08/2018 |
| Placement Date: | 10/10/2018 |

004845

**HUBERT WADE**
**3492 NW 38TH AVE**
**LAUDERDALE LAKES, FL 33309-5334**

Contact Us
NPAS, Inc.
Toll Free 1-800-223-9899 Espanol: 1-800-681-9692
MON-FRI 8AM-9PM SAT 9AM-1PM ET

Please be prepared to provide the patient/responsible party full name, date of birth and mailing address. All calls may be recorded.

## ATTENTION REQUIRED

| Total Payments | Current Balance | Payment Due By | Amount You Owe |
|---|---|---|---|
| $ 14,935.70 | $ 200.00 | 12/18/18 | $ 200.00 |

You are obligated to pay for the services provided and we strongly urge you to take advantage of this FINAL opportunity to settle your balance. If payment in full is not received, your account may be referred to a debt collector without further notice. If you are unable to pay this account in full, please contact us at 1-800-223-9899 to discuss resolving your account balance. If you have already sent payment in full or contacted us to resolve the balance, thank you.

*Payment Options*


**PAY ONLINE** at your provider's website: www.plantationgeneral.com/billpay


**PAY BY PHONE** at no additional cost through our automated system during or after normal business hours. Toll Free 1-800-223-9899.


**MAIL PAYMENT:** make payment out to the provider below and send with the attached coupon to the payment address specified below.

*****PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION*****

Please Detach and Return This Portion With Your Payment

☐ If your address changed, check this box and complete form on back.

Statement Date 12/08/2018

**HUBERT WADE**
**3492 NW 38TH AVE**
**LAUDERDALE LAKES, FL 33309-5334**

| Account Number | 72495279 |
|---|---|
| Payment Due Date | 12/18/18 |
| Balance Due | $ 200.00 |
| Payment Amount Enclosed | |

**Please do not send cash. If paying by check or money order, please indicate account number and make payable to: PLANTATION GENERAL HOSPITAL.**

**PLEASE DETACH THIS COUPON AND RETURN WITH PAYMENT TO ADDRESS BELOW:**

**PLANTATION GENERAL HOSPITAL**
**P.O. BOX 740743**
**CINCINNATI, OH 45274-0743**

Credit Card Authorization (please check one)

☐ MasterCard ☐ VISA ☐ DISCOVER ☐ AMEX

Credit Card Number _______________ Exp. Date _______

Cardmember's Signature _______________ $ _______ Amount

WADE HUBERT 0000724952790005600000200007

THANK YOU FOR CHOOSING PLANTATION GENERAL HOSPITAL AS YOUR HEALTHCARE PROVIDER.

## FREQUENTLY ASKED QUESTIONS

Q: **Who is NPAS, Inc.?**
A: NPAS, Inc. is a company that is managing your account for the healthcare provider.

Q: **Is an itemized bill available?**
A: A detailed itemization of this statement is available upon request by calling 1-800-223-9899.

Q: **Why am I receiving separate bills for physician services?**
A: Many physicians are not employed by the medical facility and will bill you separately.

Q: **I received a bill from a doctor whom I did not see. Why?**
A: The provider where you received treatment sends laboratory tests and x-rays to physicians to review. You will receive a separate bill from these physicians for their services.

Q: **How much do I really owe?**
A: Your responsibility is the "Amount You Owe" located on the front of the statement. This balance will reflect any co-payments, deductibles, co-insurance or non-covered services your insurance indicates are your responsibility.

Q: **What should I do if I think my insurance company should have paid more?**
A: Please review your Explanation of Benefits (EOB) or contact your insurance company with any questions. If your insurance indicates a rebill is required, please contact our office at the phone number on the other side.

Q: **What if my insurance doesn't pay timely?**
A: It is your responsibility to ensure that your insurance company pays in a timely manner. Payment is expected within thirty days of submitting a claim. Please respond timely to any inquiries from your insurance company or contact them regarding delays.

### Address/Phone Change

If your address or phone number has changed, please provide the corrected information below and return this portion of the letter to the return address located in the upper left corner on the front of this letter.

Responsible Party Name: Hubert Wade

Account Number: 72495279

Address: ______ Apt: ______

City: ______ State: ______ Zip: ______

Home Phone Number: ______

Cell Phone Number*: ______

Work Phone Number: ______

*By giving your cell phone number above, you are giving permission to be contacted on that cell number via an automatic dialing system or prerecorded voice.

Responsible Party Signature: ______